IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission, | ) | C/A No.: 3:16-3545-CMC-SVH |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Akebono Brake Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | ORDER |
| Akebono Brake Corporation, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolina Personnel Services, Inc., and Carolina Industrial Staffing, Inc., Successor in Interest for Carolina Personnel Services, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED that due to a lapse in appropriations for the EEOC at midnight on January 19, 2018, the litigation of this matter shall be STAYED until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

IT IS SO ORDERED.

Shiva V. Hodges

January 22, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge