AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Akebono Brake Corporation<br>*Third-Party Plaintiff*<br>v.<br>Carolina Personnel Services, Inc., and Carolina Industrial Staffing, Inc., Successor in Interest for Carolina Personnel Services, Inc.<br>*Third-Party Defendants* | ) ) ) ) ) ) Civil Action No.   3:16-cv-03545-CMC-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ judgment is entered in favor of the third-party defendants, Carolina Personnel Services, Inc., and Carolina Industrial Staffing, Inc., Successor in Interest for Carolina Personnel Services, Inc.  The third-party plaintiff, Akebono Brake Corporation, shall take nothing of the third-party defendants, Carolina Personnel Services, Inc., and Carolina Industrial Staffing, Inc., Successor in Interest for Carolina Personnel Services, Inc., and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding.  The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, granting the third-party defendants' motions for judgment on the pleadings.

Date:   May 8, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton

*Signature of Clerk or Deputy Clerk*